U.S. District Court
Oklahoma City, OK

FILED
SEP 0 6 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______ DEPUTY

* * * *

Rwayne Johnson, * CAUSE NO!
CIV-16-1032 C
*VS* * *EXPARTE YOUNG
Mardel BookStore, Inc * Rule 26(c) Protect-ive Order! ASAP!
(Does 1-5) Defendants * (Pg2-4)

*ORIGINAL Complaint*

Jurisdiction; 42 USC-1983- (28USC-1331)- Defendants Acted under color state laws, to deprive plaintiff of his rights, PRIVILEGES Immunities Secured By the laws. Constitution of U.S."

1) SERVICE: 7727 S.W. 44th St. OKCty, OK 73179

Facts: Defendants sent materials to Johnson Knowing mail rooms open mail with VOID rules (BP03,91) to commit mail crimes - w/out Search Warrants issued By a magistrate - per 4th Amend. AND U.S. Sup. Ct decisions..

For the sake of brevity, see attached research:

A) Defendants - "AID-Abet - 18USC-2 - mail crimes with state Actors use of VOID rules:

B) Crosby, 120 SCt 2288: "state laws yield to Acts of Congress." (mail CRIMES

C) BP03.91 is Prior Restraint: ALEXANDER 113 SCt 2766-71..

2) NO Search warrants: U.S. 92 SCt 2125 " 4th Amend not contemplate EXECUTIVE officers AS - "neutral - detached magistrate.."

A) Grady, 135 SCt 1368 - " 4th Amend EXTENDS to CIVIL-Admin Searches - Search warrANTS." Johnson, 68 SCt 367 (1948)..

B) "only we can overrule our OWN CASES" Roper, 125 SCt 1198-1212..

* MOTION TO Issue Rule 26(c) PROTECTIVE ORDER: ExParte YOUNG, 28 SCt 441 *

*(2)*

3) To Avoid more mail crimes AND - this courts mail sent to Johnson (opened SANS Search warrants (To "AID-Abet - 18USC-2) SAme, compels issuance of Protective Order:

A) Rule 26(c) Protective order to protect 1st Amend free speech, - prevent mail crimes (with VOID rule by mail Room); not to violate 4th Amend - Search - Seizure; AND

B) Preserve integrity of courts own Article 6 - Cl 3 "OATHS" to Enforce: (not violate) mail crimes: And U.S. Sup. Ct precedents): mandatory:

C) Issue protective order To: U.S.P.SERV. at 2301 - Ross Ave (Amarillo) with copy To Warden Foley - mail Room (ME - G. GLEN) deliver his mail to lock-up cell UNOPENED By U.S.P.SERV. (AS UNIT - 18USC 912 (Impersonates U.S. Employee)

4) Motion to Issue ExParte Young, 28 S.Ct 441 - Injunction: "Against state officials -, official capacity - prospective relief, TO: "END A continuing violation of federal laws." Verizon, 122 SCt 1753-61 (THESE: mail crimes - Attached). 4th Amend -, 1st AMEND, - OR court: "AIDS - Abets" 18USC-2 (the same) with state Actors: Same as Sued upon) Prevent Retaliation 18 USC-1513)

CAUSE Action
42 USC-1983

5) Defendants - all Does 1-5, - are liable via 42 USC-1983 - as state Actors - per U.S. Sup. Ct (attached): use states rules laws - Aid - Abet their crimes -

6) Damages are not less than - $2,500.00 - (more if no order issues - Rule 26(c), - ASAP!

Wherefore, Relief - Issue Rule 26(c) Protection - ExParte Young, - Award damages - Appoint Atty -

R Wayne Johnson

I declare all true 28 USC 1746

* 4th Amend: Civil-Admin. Searches *

1) 2015: GRADY (2015), 135 SCt 1368: "4th Amend. EXTENDS to Civil-Admin. ALSO," Quon, 130 S.Ct 177-, SOLDAL 113 S Ct 538-546: "INDIVIDUAL fully protected- 4th Am.- ON CRIMINAL Behavior only-, NO" CAMARA, 87 SCt 1727 (1967) TLO, 105 S.Ct at 739 (SAME). ORTEGA, 107 S.Ct 1492

2) U.S., 92 SCt 2125: "4th Amend not contemplate EXECUTIVE officers "AS" Neutral-DETACHED magistrate" - U.S. 97 SCt 2476 - JOHNSON, 68 S.Ct 367 (1938).. ("ORAL communication. S.Warr-T" 92 SCt at 2142 (#23);

3) N.Y. 99 S.Ct 2319: (OBSENITY: Judicial DETERM Heller, 93 S.Ct 2789; 18 USC 1461 (E.W. BRs. 109 S.Ct 916): N.Y. 106 S Ct 1610..

4) OsBorne, 110 SCt 1691-1712 - "Nudity - w/o more, - is protected EXPRESSION W/IN Bounds 1st Amend.." FERBER, 102 SCt 3348-59.. (493 U.S. 215): SAME);

5) Stanley, 394 U.S. 557-66 - "Not control PRIVATE thoughts - constitutional Right TO freedom of mind, -. Riedel, 402 U.S. 351-56.

6) Roper, 125 S.Ct 1178-1212: "Only WE CAN overrule our own cases.." Hatter 121 S.Ct 1782 (SAME):

A) Kerr, 83 SCt 1623 ("4th AMEND, Applies To states VIA 14th Amendment.")

7): mail CRIMES; 18USC-1729, - 18USC-1702, 18USC 912, - 111, - 18USC-2 (AID-ABET): 18 USC 371 "Crimes Against U.S."; - 18USC-1693, - 18USC-241, - (THUS: Retaliation: 18USC-1513)!

A) mail: First AMEND Fundamental: ABBOtt, 109 S.Ct 1873:

B) ELROD, 96 S.Ct at 2700: "Loss 1st Amend freedoms, for EVEN SHORT PERIODS, UN-QUEStionable constitutes IRREPARABLE INJURY.."

8) CROSBY, 120 SCt 2288: "state laws YIELD to Acts of Congress" (MAIL x CRIMES).. N.C. 110 SCt 1983-94: "if state laws conflicts with Acts of Congress. It is w/out effect.."

A) "Unlawful Delay of MAIL": 39 U.S.C-101 (NO denials)..

9) Thorton, 115 S.Ct 1842-87: "Supremacy clause declares, - that state LAWS CANNOT Supersede the Constitution.."

10): CAN Sue for CRIMES: Chapman, 99 S.Ct 1905.. (via 42USC-1983):

A): U.S. Postal SERVICE: "direct UNDER Constitution- 4th AMEND." BIVENS, 91S Ct 1999- (federal employees..)"..

11) Rico-Act: "pattern of illegal Activity" 18USC-1961-1968: SCHNIEDER, 114S Ct 798-803.

A): "PRIOR Restraint": ALEXANDER, 113S Ct 2766-71: "Admin- or (Judicial order) forBidding certain communications in Advance of time, it is to occur is Prior restraints" Near, 51S.Ct 625..

· 39 CF.R 211.2(2)
ASM 274.96
28CFR 540.10 (feds)

Case 5:16-cv-01032-M   Document 1   Filed 09/06/16   Page 8 of 10

Opened w/o Search Warrant issued by magistrate (See research Attached)

(Does 1-5) State Actors 42 USC 1983

MARDEL®

Mardel Education Homeschool Church Supplies, Inc.
7727 SW 44th St.
Oklahoma City, OK 73179

* mail crimes 18USC-1729-1702-912- (See attached)

(Retaliation: 18USC 1513)

R. Wayne Johnson 282756
9601 Spur 591 – Clements
Amarillo, TX 79107-9606

* Sue for crimes - Chapman, 99SCt1905 42USC-1983

Dear R. Wayne Johnson,

We received a letter from you requesting a Bible.

We pray God's richest blessings be with you during this time and you are in our prayers.

Best Regards,
Mardel Christian Bookstore

Elrod, 96SCt at 2700- "Loss of 1st Amend freedoms for even short periods, constitutes Irreparable Injury.."

* 39 C.F.R. 211.2(2): (ASM 274.96 VOID (Separation of Powers) (Miller, 120 SCt 2246) (Executive TRUMPS Acts: Congress!

"significant AID from state, use of their procedures, state Action." 102 SCt 2744; Lugar – HAVING SOURCE IN state Authority."

West 108 SCt 2250 (M.D. – state Actor) contract w/state."

Ex Parte YOUNG 28 S Ct 441
Injunction ASAP!

Rule 26(c) PROTECTive Order

Indigent (40yrs in)