8-29-16    Clerk:

1) Please provide Address To GOV:
(MARY FALLIN

2): ENClosed 1983-Suit (mardel)
w/ Protective Order) w/EXhibits

3) Please provide file mark copy

THANKS    "Rwayne"